**Dated: December 16, 2015**

**The following is ORDERED:**





Janice D. Loyd
U.S. Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **Michael L. Calloway, Sr.,** | ) | Case No. 15-13970-JDL |
| | ) | **Chapter 13** |
| Debtor. | ) | |

**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE TO REFILING**

This matter came on for hearing before this Court on December 8, 2015, on the Motion to Dismiss Case With Prejudice (Doc: 10) filed by John Hardeman, Chapter 13 Trustee ("Trustee"), and the Motion Objecting to Motion to Dismiss and Request for Hearing (Doc: 12) filed by the debtor. The Trustee appeared in person, and through counsel, Linda Ruschenberg. Jim Timberlake appeared on behalf of Nationstar Mortgage, LLC. The debtor failed to appear. After consideration of the pleadings and argument presented at the hearing, and for the reasons stated on the record, the Court determined the debtor is an abusive filer and that his case should be dismissed with prejudice to refiling for a period of 180 days.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the Motion to Dismiss With Prejudice is granted and the case is hereby dismissed with prejudice to refiling for a period of 180 days from the date of this Order.

IT IS SO ORDERED.

### 

APPROVED FOR ENTRY:

s/ Linda Ruschenberg
Linda Ruschenberg, OBA #12842
321 Dean A. McGee Ave.
P.O. Box 1948
Oklahoma City, OK 73101-1948
(405) 236-4843
(405) 236-1004 (fax)
13trustee@chp13okc.com
Attorney for Chapter 13 Trustee