**Dated: December 16, 2015**

**The following is ORDERED:**





Janice D. Loyd
U.S. Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 15-13970-JDL |
| MICHAEL L. CALLOWAY, SR, ) | Ch. 13 |
| ) | |
| Debtor. ) | |

### ORDER DENYING MOTION FOR ANNULMENT OF THE AUTOMATIC STAY AND ABANDONMENT OF REAL PROPERTY

The Motion of Nationstar Mortgage LLC for Annulment of the Automatic Stay and Abandonment of Real Property [Doc. 14] and the objection filed by Debtor [Doc. 21] came on for hearing December 16, 2015. Appearing in person were counsel for Nationstar Mortgage LLC, Jim Timberlake, the Chapter 13 Trustee, John Hardeman, and his counsel, Linda Ruschenberg. Debtor did not appear.

For the reasons stated on the record in open court, the Motion for Annulment of the Automatic Stay and Abandonment of Real Property is hereby denied.

# # #